Francesco Benavides, CSBN 258924
Law Offices of Francesco Benavides
    1990 N. California Blvd. 8th Floor
    Walnut Creek, CA 94596
    Tel: (925) 222-7071
    Email: francesco@benavidesdisabilitylaw.com

Attorney for Plaintiff
ASHLEY ROSHELL HOUSE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASHLEY ROSHELL HOUSE,<br><br>    Plaintiff,<br><br>    v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:24-cv-04034-PD<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,900.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 17, 2025

                                                      _/s/ Patricia Donahue_____
                                                      HON. PATRICIA DONAHUE
                                                      UNITED STATES MAGISTRATE JUDGE